No. 94–5478. HANNA *v.* WASHINGTON. Sup. Ct. Wash. Motion of Washington Association of Criminal Defense Lawyers for

leave to file a brief as *amicus curiae* granted. Certiorari denied.